IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ROBERT LEE WRIGHT,**

    **Plaintiff,**

v.                                          Case No. 4:25-cv-491-AW-MJF

**MARTIN A. FITZPATRICK,**

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff has filed a pro se complaint. As the magistrate judge explains in a report and recommendation, there are numerous reasons why dismissal is appropriate. ECF No. 5. Plaintiff has not filed any objections to the report and recommendation. Having considered the matter, I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice." The clerk will then close the file.

SO ORDERED on January 30, 2026.

                                                   s/ *Allen Winsor*
                                                   Chief United States District Judge